IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARY KATHERINE RAGAN,          )
                               )
    Plaintiff,                 )
                               )
                               )    CIVIL ACTION NO.
    v.                         )     2:11cv1019-MHT
                               )         (WO)
KATHLEEN SEBELIOUS in her      )
capacity as the U.S.           )
Secretary of the Department    )
of Health & Human Services,    )
et al.,                        )
                               )
    Defendants.                )
```

## JUDGMENT

It is THE ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 10) is granted and that this cause is dismissed in its entirety with prejudice.

It is further ORDERED that the motion for other relief (doc. no. 8) is denied as moot.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This close is closed.

DONE, this the 16th day of February, 2012.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE