IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARY KATHERINE RAGAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:11cv1019-MHT |
| | ) | (WO) |
| KATHLEEN SEBELIOUS in her | ) | |
| capacity as the U.S. | ) | |
| Secretary of the Department | ) | |
| of Health & Human Services, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

Based on the representations made on the record on April 4, 2012, it is ORDERED that plaintiff Mary Katherine Ragan's motion for order to release funds (doc. no. 12) is granted to the extent that the Clerk of the Circuit Court of Montgomery County, Alabama is authorized to release to plaintiff Ragan or her attorney the interpled funds in this case, which was removed from the Circuit Court of Montgomery County to this federal court.

DONE, this the 5th day of April, 2012.

                                     /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE